IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HAILESELASSIE ZEGEYE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 3:15-cv-01872-M |
| | § | |
| LIBERTY INSURANCE | § | |
| CORPORATION and KENNETH | § | |
| BARRITEAU, | § | |
| | § | |
| Defendants. | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff Haileselassie Zegeye and Defendant Liberty Insurance Corporation file this Joint Motion to Dismiss with prejudice, and in support thereof would respectfully show the Court as follows:

All matters between the parties have been fully settled.  Accordingly, the parties now request that this matter, including all claims and/or causes of action that have been and/or could have been asserted by Plaintiff Haileselassie Zegeye against Liberty Insurance Corporation be dismissed with prejudice to the re-filing of same.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant request that the above-styled and numbered case be dismissed with prejudice to the re-filing of same, with costs of Court to be taxed against the party incurring same.

Respectfully Submitted,


*/s/ Jacey Hornecker    w/permission*
Jacey Hornecker
SBN  24085383
SPEIGHTS & WORRICH
Two Turtle Creek
3838 Oak Lawn Avenue, Suite 1000
Dallas, Texas 75219
(210) 495-6789 (Telephone)
(210) 495-6790 (Facsimile)
email:  jacey@speightsfirm.com

**ATTORNEYS FOR PLAINTIFF
HAILESELASSIE ZEGEYE**


*/s/ Mark D. Tillman*
MARK D. TILLMAN
State Bar No. 00794742
ELIZABETH KNIGHT
State Bar No. 24065566

**TILLMAN BATCHELOR LLP**
1320 Greenway Drive, Suite 830
Irving, Texas 75038
Telephone: (214) 492-5720
Facsimile: (214) 492-5721
Email:  mark.tillman@tb-llp.com
           elizabeth.knight@tb-llp.com

**ATTORNEYS FOR DEFENDANT
LIBERTY MUTUAL CORPORATION**

## CERTIFICATE OF SERVICE

In accordance with Rules 21 and 21a of the Texas Rules of Civil Procedure, on February 19, 2016, a true and correct copy of the above and foregoing instrument was served *via electronic service* upon:

**ATTORNEYS FOR PLAINTIFF**
Jacey Hornecker
SBN  24085383
SPEIGHTS & WORRICH
Two Turtle Creek
3838 Oak Lawn Avenue, Suite 1000
Dallas, Texas 7521
(210) 495-6789 (Telephone)
(210) 495-6790 (Facsimile)
email:  jacey@speightsfirm.com

　　　　　　　　　　　　　　　　　　　　*/s/ Mark D. Tillman*
　　　　　　　　　　　　　　　　　　　　MARK D. TILLMAN