IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HAILESELASSIE ZEGEYE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 3:15-cv-01872-M |
| | § | |
| LIBERTY INSURANCE CORPORATION and KENNETH BARRITEAU, | § | |
| | § | |
| Defendants. | § | |

### ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

On this day came on to be heard the parties' Joint Motion to Dismiss with Prejudice. Having considered the Motion, the Court is of the opinion that same should be GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that all claims that have been and/or could have been asserted in the above-styled lawsuit are hereby dismissed with prejudice to the re-filing of same, with costs of Court to be taxed against the party incurring the same. All relief not expressly granted herein is DENIED.

IT IS SO ORDERED.

Signed this 19 day of February, 2016.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE